UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re   David Cutler Industries, Ltd    ,
                    Debtor

Case No. _____

Chapter   11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Estate of David Cutler | 1,400 | 725 Shares Class A Voting Stock -- 675 Shares Class "B" Non Voting Stock |