UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| **David Cutler Industries, Ltd.** | : | Chapter 11 |
| Debtor | : | Case No. 09- |

## LIST OF CREDITORS CLAIMING A SECURITY INTEREST IN CASH COLLATERAL

Pursuant to Local Rule 1007-1, the following creditors are known by the Debtor to claim a security interest in cash collateral:

The Bryn Mawr Trust Company, 801 W. Lancaster Avenue, Bryn Mawr, Pennsylvania, 19010.

David Cutler Industries, Ltd.

By: _/s/ Jonathan Gayl_

Jonathan Gayl, President