UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**In re:**                                          :

**David Cutler Industries, Ltd.**         :          Chapter 11

        **Debtor**                             :
_____          Case No. 09- 18716


**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO BANKRUPTCY RULE 7007.1**


    Debtor, by its undersigned counsel, submits that there is no corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests.


    Respectfully submitted,

Dated:  November 30, 2009

    /s/ Doron A. Henkin, Esq.
    Doron A. Henkin, Esq.
    Law Offices of Doron A. Henkin
    Radnor Financial Center
    150 N. Radnor-Chester Road
    Suite F200
    Radnor, PA 19087
    (610) 977 2083 t.
    (610) 994 2399 f.
    DHenkin@Henkinlaw.com