UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DAVID CUTLER INDUSTRIES, LTD. | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No.  09-18716 ELF |
| | : | |
| DAVID CUTLER INDUSTRIES, LTD. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 09-00373 |
| DIRECT GROUP, INC., et al. | : | |
| | : | |
| Defendants | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Disqualify Weir & Partners LLP and Walter Weir, Jr. from Representing Parties with Interests Adverse to the Debtor in Matters Pending Before this Court and for Surrender of Files Pertaining to his Representation ("the Motion") (Bky. No. 09-18716, Doc. # 878; Adv. No. 09-00373, Doc. # 9), the response thereto, and after a hearing, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that the Motion is **DENIED**.

Date:  April 20, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE